UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00049-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **RASHAD TAYLOR,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the on the government's Motion to Dismiss Pursuant to Rule 48(a) Counts I and II. Having considered the government's motion and reviewed the pleadings, and it appearing that defendant concurs in the request and waives further hearing, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Pursuant to Rule 48(a) Counts I and II (#23) is **GRANTED**, and Counts I and II are **DISMISSED**, and the monetary assessment in the Judgment shall be entered as $100.

Signed: November 16, 2018

Max O. Cogburn Jr
United States District Judge

1